JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
NICOLE DUCKETT (SBN 198168)
nduckett@milberg.com
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telelephone: (213) 617-1200
Facsimile: (213) 617-1975

LORI G. FELDMAN
lfeldman@milberg.com
ARVIND KHURANA
akhurana@milberg.com
MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: 212.594.5300
Facsimile: 212.868.1229

ROBERT I. HARWOOD
rharwood@hfesq.com
SAMUEL K. ROSEN
srosen@hfesq.com
TANYA KORKHOV
tkorkhov@hfesq.com
HARWOOD FEFFER LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FIRST AMERICAN CORP. ERISA LITIGATION, | ) Master File: SA-CV07-1357 JVS (RNBx) ) ) ) |
| THIS DOCUMENT RELATES TO:      ALL ACTIONS, | ) **NOTICE OF AGREEMENT ON THE PAYMENT OF REASONABLE ATTORNEYS' FEES AND COSTS** ) ) ) |

NOTICE OF AGREEMENT ON THE PAYMENT OF REASONABLE ATTORNEYS' FEES AND COSTS

TO THIS COURT AND TO ALL PARTIES OF RECORD:

Pursuant to the Court's Orders of November 6, 2009, November 18, 2009, December 2, 2009, and January 20, 2010, the parties hereby jointly give notice that an agreement on the payment of reasonable attorneys' fees and costs has been reached in the above-referenced matter.

Dated:  January 29, 2010                    Respectfully submitted:

**MILBERG LLP**
LORI FELDMAN
ARVIND B. KHURANA


               /s/ Arvind B. Khurana
              ARVIND B. KHURANA

One Pennsylvania Plaza, 49th Floor
New York, NY  10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
E-mail: lfeldman@milberg.com
            akhurana@milberg.com

**MILBERG LLP**
JEFF S. WESTERMAN
NICOLE DUCKETT
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: jwesterman@milberg.com
            nduckett@milberg.com

**HARWOOD FEFFER LLP**
ROBERT I. HARWOOD
SAMUEL K. ROSEN
TANYA KORKHOV
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400
Facsimile:  (212) 753-3630
E-mail: rharwood@hfesq.com
            srosen@hfesq.com
            tkorkhov@hfesq.com

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
JOSEPH H. MELTZER
EDWARD W. CIOLKO
JAMES A. MARO

NOTICE OF AGREEMENT ON THE PAYMENT OF REASONABLE ATTORNEYS' FEES AND COSTS

280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail: jmeltzer@bktlaw.com
    eciolko@btklaw.com
    jmaro@btklaw.com
    kbornstein@btklaw.com

**IZARD NOBEL LLP**
ROBERT A. IZARD
MARK P. KINDALL
NANCY A. KULESA
29 South Main Street, Suite 215
West Hartford, CT  06107
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290
E-mail:  rizard@snilaw.com
    mkindall@snilaw.com
    nkulesa@snilaw.com

*Co-Lead Counsel for Plaintiffs*

Dated:  January 29, 2010

/s/ Richard S. Ruben
Richard S. Ruben (SBN 067364)
JONES DAY
3 Park Plaza, Suite 1100
Irvine, California  92614-2592
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email:  rruben@jonesday.com

*Attorneys for Defendants*
*The First American Corporation, et al.*

NOTICE OF AGREEMENT ON THE PAYMENT OF REASONABLE ATTORNEYS' FEES AND COSTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2010.

_____
CECILLE CHAFFINS

# Mailing Information for a Case 8:07-cv-01357-JVS-RNB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Patrick Baker**
  jpbaker@jonesday.com,valdajani@jonesday.com,ngarrett@jonesday.com,Bollberding@jonesday.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Edward W Ciolko**
  eciolko@btkmc.com,jsjohnson@btkmc.com

- **Lori G Feldman**
  lfeldman@milberg.com

- **Sara E Fuks**
  sfuks@milberg.com

- **Michiyo M Furukawa**
  mfurukawa@milberg.com

- **Mark K Gyandoh**
  mgyandoh@btkmc.com

- **Robert I Harwood**
  rharwood@hfesq.com,srosen@hfesq.com,gmariano@hfesq.com

- **Robert A Izard**
  firm@snlaw.net

- **Arvind Khurana**
  akhurana@milbergweiss.com

- **Christopher Kim**
  christopher.kim@limruger.com,julie.yu@limruger.com

- **Sabrina S Kim**
  skim@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Mark Peter Kindall**
  mkindall@izardnobel.com

- **Marla K Letellier**
  mletellier@jonesday.com

- **James A Maro**
  jmaro@btkmc.com

- **Joseph H Meltzer**
  jmeltzer@btkmc.com,kmarrone@btkmc.com

- **Donna Siegel Moffa**
  dmoffa@btkmc.com

- **Eric L Palmquist**
  epalmquist@izardnobel.com

- **Samuel K Rosen**
  srosen@hfesq.com,gmariano@hfesq.com

- **Richard S Ruben**
  rruben@jonesday.com,ataylor@jonesday.com

- **Bryan King Sheldon**
  bryan.sheldon@limruger.com,deborah.forte@limruger.com,julie.yu@limruger.com

- **Jennifer J Sosa**
  jsosa@milberg.com

- **Joseph A Weeden**
  jweeden@btkmc.com

- **Jeff S Westerman**
  jwesterman@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Cheryl A Williams**
  cwilliams@rosettelaw.com,mhastings@rosettelaw.com

- **Lisa J Yang**
  lisa.yang@limruger.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`